UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA PRIMAVERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE BANK OF MISSOURI, et al.,<br><br>　　　　　Defendants. | Case No.   1:23-cv-00233-EPG<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 8) |

　　　This matter is before the Court on the joint motion of Plaintiff Cynthia Primavera and Defendant Equifax Information Services LLC to extend Defendant's deadline to March 24, 2023, to respond to the complaint.[1] (ECF No. 8). As grounds the parties state that the extension will give Defendant "additional time to investigate this matter and the parties can engage in settlement discussions."

　　　Upon review, IT IS ORDERED that the parties' stipulated motion (ECF No. 8) is granted. Defendant Equifax Information Services LLC shall respond to Plaintiff's complaint by no later than March 24, 2023.
IT IS SO ORDERED.

　　Dated:   **February 24, 2023**　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The parties did not file on the record or email to the Court's email box a proposed order. In the future, the parties shall ensure that they comply with Local Rules 137 and 143.

1