UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA PRIMAVERA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE BANK OF MISSOURI, et al.,<br><br>　　　　Defendants. | Case No.  1:23-cv-00233-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TRANS UNION LLC ONLY<br><br>(ECF No. 10) |

On February 27, 2023, Plaintiff filed a notice of voluntary dismissal without prejudice as to Defendant Trans Union LLC only. (ECF No. 10). Defendant Trans Union LLC has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case against Defendant Trans Union LLC has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate Defendant Trans Union LLC as a defendant on the docket.

IT IS SO ORDERED.

Dated:  **February 28, 2023**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1