UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA PRIMAVERA,<br><br>            Plaintiff,<br><br>       v.<br><br>THE BANK OF MISSOURI, et al.,<br><br>            Defendants. | Case No.   1:23-cv-00233-EPG<br><br>ORDER GRANTING SECOND JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 14) |

This matter is before the Court on the second joint motion of Plaintiff Cynthia Primavera and Defendant Equifax Information Services LLC, which seeks to extend Defendant's deadline to April 23, 2023, to respond to the complaint.[1] (ECF No. 14; *see* ECF No. 8). As grounds, the parties state that the extension will give them additional time to engage in settlement discussions.

Upon review, IT IS ORDERED that the parties' second stipulated motion (ECF No. 14) is granted. Defendant Equifax Information Services LLC shall respond to Plaintiff's complaint by no later than April 24, 2023.[2]

IT IS SO ORDERED.

Dated:   **March 24, 2023**          /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has no record of receiving a proposed order in the Court's email box. In the future, the parties shall ensure that they comply with Local Rule 137.

[2] Because April 23, 2023, is a Sunday, the Court will give Defendant until April 24, 2023, to respond to the complaint.

1