UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA PRIMAVERA,<br><br>  Plaintiff,<br><br>v.<br><br>THE BANK OF MISSOURI, et al.,<br><br>  Defendants. | Case No.  1:23-cv-00233-ADA-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY<br><br>(ECF No. 27) |

On May 12, 2023, Plaintiff filed a notice of voluntary dismissal without prejudice as to Defendant Experian Information Solutions, Inc. only. (ECF No. 27). Defendant Experian Information Solutions, Inc. has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case against Defendant Experian Information Solutions, Inc. has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate Defendant Experian Information Solutions, Inc. as a defendant on the docket.

IT IS SO ORDERED.

Dated:  **May 15, 2023**              /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

1