UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA PRIMAVERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE BANK OF MISSOURI, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00233-ADA-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY<br><br>(ECF No. 39) |

　　　　On November 8, 2023, Plaintiff Cynthia Primavera and Defendant Equifax Information Services, LLC (Equifax) filed a stipulation of dismissal with prejudice of the claims against Equifax under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorney fees. (ECF No. 32). However, because Rule 41(a)(1)(A)(ii) requires a stipulation of dismissal to be "signed by all parties who have appeared," and only Plaintiff and Equifax had signed the stipulation, the Court issued an order requiring the remaining Defendant in the case who has appeared—The Bank of Missouri—to submit a filing approving or opposing the stipulation of dismissal. (ECF No. 34).

　　　　Now before the Court is a stipulation of dismissal signed by all the parties, dismissing Equifax with prejudice from this case, with each party to bear its own costs and attorney fees. (ECF No. 39). In light of the parties' stipulation, the case against only Defendant Equifax has ended and is dismissed with prejudice, with each party to bear its own costs and attorney fees. *See*

Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to designate on the docket that Equifax Information Services, LLC has been terminated as a defendant in this case.

IT IS SO ORDERED.

Dated: **November 21, 2023**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2