UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA PRIMAVERA,<br><br>  Plaintiff,<br><br>  v.<br><br>THE BANK OF MISSOURI, et al.,<br><br>  Defendants. | Case No. 1:23-cv-00233-KES-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DOES 1-10<br><br>(ECF No. 48) |

This civil action was removed from state court on February 15, 2023. (ECF No. 1). The complaint names Defendants The Bank of Missouri; Experian Information Solutions, Inc.; Equifax Information Services, LLC; Trans Union LLC; and Does 1-10. (ECF No. 1-1, p. 3). Aside from Does 1-10, the other Defendants have been dismissed. (ECF Nos. 11 (Trans Union LLC); 28 (Experian Information Solutions, Inc.); 40 (Equifax Information Services, LLC); 47 (The Bank of Missouri)).

On March 29, 2024, Plaintiff filed a notice of voluntary dismissal without prejudice as to Does 1-10. (ECF No. 48). In light of the notice of voluntary dismissal, the case against Does 1-10 has been dismissed without prejudice.

\\\
\\\
\\\
\\\

Accordingly, all Defendants having been dismissed from this action, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 1, 2024**                                   /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE